# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHARLES SCARDINA, CHERYL SCARDINA, ANGELO SCARDINA** and **ELISABETH SCARDINA,**
Appellants,

v.

**RAMZI AKEL** and **CATERINA AKEL,**
Appellees.

No. 4D18-3414

[September 12, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case Nos. 502014CA004618XXXXMBAH and 502014CA005592XXXXMBAH.

Isaac J. Mitrani, Pamela A. Chamberlin and Daniel S. Bitran of Mitrani, Rynor, Adamsky & Toland, P.A., Miami Beach, for appellants Charles and Cheryl Scardina.

Gerald F. Richman and Gary S. Betensky of Day Pitney/Richman Greer, West Palm Beach, for appellants Angelo and Elisabeth Scardina.

Steven M. Katzman and Craig A. Rubinstein of Katzman, Wasserman, Bennardini & Rubinstein, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

*           *           *

***Not final until disposition of timely filed motion for rehearing.***